Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:    510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, KATHERINE MOORE,
and THOMAS NOLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AARON FRAYER, individually and as Next Friend of A.F., a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA; KATHERINE MORE, individually and in her official capacity as social worker for Alameda County Department of Social Services; THOMAS NOLAN, individually and in his official capacity as social worker for Alameda County Department of Social Services; CITY OF OAKLAND; JAMES MOORE, individually and in his official capacity as a police officer for the City of Oakland; D. MING, individually and in his official capacity as sergeant for the City of Oakland; and DOES 1 through 20, <br><br> Defendants. | Case No.:  C10-4095 CRB (BZ) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties hereto, by and through their undersigned counsel, request that the case management conference currently scheduled for Friday, May 13, 2011, at 8:30 a.m., be continued to <u>Friday, May 27, 2011, at 8:30 a.m.</u>

The reason for the requested continuance is that counsel for Defendant County of Alameda will be out of state on a planned vacation from May 13, 2011 to May 22, 2011.

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1

1    Additionally, according to the Court's online scheduling notes, the Court is unavailable for case

2    management conferences on Friday, May 20, 2011.

3           IT IS SO STIPULATED.

4    Dated:  April  18, 2011                LAW OFFICES OF DAVID J. BEAUVAIS

5

6                                           By:____*/s/ David J. Beauvais_____
                                                    David J. Beauvais
7                                                   Attorneys For Plaintiffs
                                                    *Mr. Beauvais provided his verbal consent that this
8                                                   document be electronically filed.

9    Dated:  April 18, 2011                 HAAPALA, THOMPSON & ABERN, LLP

10

11                                          By:____/s/ Rebecca S. Widen_____
                                                    Rebecca S. Widen
12                                                  Attorneys For Defendants
                                                    COUNTY OF ALAMEDA, KATHERINE
13                                                  MOORE and THOMAS NOLAN

14   Dated:  April 18, 2011                       JOHN A. RUSSO, City Attorney
                                            RANDOLPH W. HALL, Chief Assistant City Attorney
15                                          WILLIAM E. SIMMONS, Supervising Trial Attorney
                                            CAROLYN O. TSAI, Deputy City Attorney
16

17                                          By:____/*/ Carolyn O. Tsai_____
                                                    Carolyn O. Tsai
18                                                  Attorneys for Defendants
                                                    CITY OF OAKLAND, JAMES MOORE and
19                                                  D. MING
                                                    *Ms. Tsai provided her verbal consent that this
20                                                  document be electronically filed.

21                                          **ORDER**

22          Pursuant to stipulation and for good cause shown, it is SO ORDERED.  The parties' case

23   management conference is hereby rescheduled to Friday, May 27, 2011, at 8:30 a.m.

24   Dated:    April 20, 2011

25

26   _____

27   Honorable Cha
     United States D

28

                                            IT IS SO ORDERED

                                            Judge Charles R. Breyer

                                            2

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570