Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:  510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, KATHERINE MOORE,
and THOMAS NOLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AARON FRAYER, individually and as Next Friend of A.F., a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; KATHERINE MORE, individually and in her official capacity as social worker for Alameda County Department of Social Services; THOMAS NOLAN, individually and in his official capacity as social worker for Alameda County Department of Social Services; CITY OF OAKLAND; JAMES MOORE, individually and in his official capacity as a police officer for the City of Oakland; D. MING, individually and in his official capacity as sergeant for the City of Oakland; and DOES 1 through 20,<br><br>    Defendants. | Case No.: C10-4095 CRB (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

    The parties hereto, by and through their undersigned counsel, jointly request that the settlement conference scheduled for May 12, 2011, at 9:00 a.m., as well as the case management conference scheduled for May 27, 2011, at 8:30 a.m., be continued for a period of 90 days.

    The reason for the requested continuance is that the parties have not yet completed the initial discovery necessary to ensure a meaningful and productive settlement conference. Specifically, the parties require additional time to identify and obtain the discoverable

1

*Frayer v. County of Alameda, et al.*/Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order To Continue Settlement Conference And Case Management Conference

1  documents contained in the minor plaintiff's juvenile court records through the Welfare and
2  Institutions Code section 827 process, and thereafter take some initial depositions. The parties
3  are currently working on the form of a proposed order for disclosure of juvenile court records
4  and anticipate filing same within the next 10 days.
5      IT IS SO STIPULATED.

6  Dated: April 28, 2011        LAW OFFICES OF DAVID J. BEAUVAIS

7

8                                By:   */s/ David J. Beauvais
                                        David J. Beauvais
9                                       Attorneys For Plaintiffs
                                        *Mr. Beauvais provided his verbal consent that this
10                                       document be electronically filed.

11 Dated: April 28, 2011        HAAPALA, THOMPSON & ABERN, LLP

12

13                               By:   /s/ Rebecca S. Widen
                                        Rebecca S. Widen
14                                      Attorneys For Defendants
                                        COUNTY OF ALAMEDA, KATHERINE
15                                      MOORE and THOMAS NOLAN

16 Dated: April 28, 2011        JOHN A. RUSSO, City Attorney
                                RANDOLPH W. HALL, Chief Assistant City Attorney
17                              WILLIAM E. SIMMONS, Supervising Trial Attorney
                                CAROLYN O. TSAI, Deputy City Attorney
18

19                               By:   /*/ Carolyn O. Tsai
                                        Carolyn O. Tsai
20                                      Attorneys for Defendants
                                        CITY OF OAKLAND, JAMES MOORE and
21                                      D. MING
                                        *Ms. Tsai provided her verbal consent that this
22                                      document be electronically filed.

23                                     **ORDER**

24      Pursuant to stipulation and for good cause shown, it is SO ORDERED. The parties' case
25 management conference is hereby rescheduled to August 19, 2011, at 8:30 a.m. The parties
26 shall contact Magistrate Judge Bernard Zimmerman's chambers to reschedule the settlement
27 /
28 /

2

*Frayer v. County of Alameda, et al.*/Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order To Continue Settlement Conference And Case Management Conference

1  conference for an available date prior to August 19, 2011.

2  Dated: May 4, 2011

3  _____
4  Honorable Charles R. Breyer
   United States District Judge



*Frayer v. County of Alameda, et al./*Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order To Continue Settlement Conference And Case Management Conference