

1   Rebecca S. Widen, SBN 219207
    HAAPALA, THOMPSON & ABERN, LLP
2   1939 Harrison Street, Suite 800
    Oakland, California 94612
3   Tel:    510-763-2324
    Fax:    510-273-8570
4

5   Attorneys For Defendants
    COUNTY OF ALAMEDA, KATHERINE MOORE,
6   and THOMAS NOLAN

7

8                  UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10  AARON FRAYER, individually and as Next  )   Case No.:  C10-4095 CRB (BZ)
    Friend of A.F., a minor,                )
11                                          )   STIPULATION AND [~~PROPOSED~~]
                   Plaintiffs,              )   ORDER VACATING AND/OR
12                                          )   CONTINUING SETTLEMENT
             vs.                            )   CONFERENCE AND CASE
13                                          )   MANAGEMENT CONFERENCE
    COUNTY OF ALAMEDA; KATHERINE            )
14  MORE, individually and in her official  )
    capacity as social worker for Alameda County )
15  Department of Social Services; THOMAS   )
    NOLAN, individually and in his official )
16  capacity as social worker for Alameda County )
    Department of Social Services; CITY OF  )
17  OAKLAND; JAMES MOORE, individually      )
    and in his official capacity as a police officer )
18  for the City of Oakland; D. MING,       )
    individually and in his official capacity as )
19  sergeant for the City of Oakland; and DOES 1 )
    through 20,                             )
20                                          )
                   Defendants.              )
21                                          )

22          The parties hereto, by and through their undersigned counsel, jointly request that the

23  settlement conference scheduled for July 27, 2011, at 9:00 a.m., as well as the case management

24  conference scheduled for August 19, 2011, at 8:30 a.m., be vacated and/or continued.

25          The reason for the requested continuance is that the parties have not yet completed the

26  initial discovery necessary to ensure a meaningful and productive settlement conference.

27  Specifically, the parties require additional time to obtain the discoverable documents contained

28

                                    1
_Frayer v. County of Alameda, et al._/Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Vacating and/or Continuing Settlement Conference And Case Management
Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1  in the minor plaintiff's juvenile case file through the Welfare and Institutions Code section 827

2  process, and thereafter take some initial depositions.  An 827 petition was served and filed on

3  June 15, 2011.  The parties have been informed by the Alameda County Juvenile Court that it

4  will be approximately four to eight weeks before the juvenile case file can be reviewed *in*

5  *camera* by the juvenile court judge and made available to the parties for purposes of this

6  litigation.

7       The parties request that they be permitted to file a stipulation after the juvenile case file

8  is made available and they have completed initial depositions, in order to propose dates for the

9  settlement conference and case management conference.  Alternatively, the parties request that

10  the settlement conference and case management conference be scheduled for dates after October

11  21, 2011.

12       This is the parties' second request for a continuance in this matter.  The parties do not

13  believe the requested continuance will disrupt the existing case schedule.

14       IT IS SO STIPULATED.

15  Dated:  July 13, 2011          LAW OFFICES OF DAVID J. BEAUVAIS

16

17                    By:    */s/ David J. Beauvais
                              David J. Beauvais
18                            Attorneys For Plaintiffs
                              *Mr. Beauvais provided his verbal consent that this
19                            document be electronically filed.

20  Dated:  July 13, 2011          HAAPALA, THOMPSON & ABERN, LLP

21

22                    By:    /s/ Rebecca S. Widen
                              Rebecca S. Widen
23                            Attorneys For Defendants
                              COUNTY OF ALAMEDA, KATHERINE
24                            MOORE and THOMAS NOLAN

25  //

26  //

27  //

28  //

2

*Frayer v. County of Alameda, et al./*Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Vacating and/or Continuing Settlement Conference And Case Management
Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

1    Dated:  July 13, 2011          JOHN A. RUSSO, City Attorney
                                     RANDOLPH W. HALL, Chief Assistant City Attorney
2                                    WILLIAM E. SIMMONS, Supervising Trial Attorney
                                     CAROLYN O. TSAI, Deputy City Attorney
3

4                                    By:    /*/ Carolyn O. Tsai
                                            Carolyn O. Tsai
5                                           Attorneys for Defendants
                                            CITY OF OAKLAND, JAMES MOORE and
6                                           D. MING
                                            *Ms. Tsai provided her verbal consent that this
7                                           document be electronically filed.

8                                   **ORDER**

9         Pursuant to stipulation and for good cause shown, it is SO ORDERED.  The July 27,

10   2011 settlement conference and the August 19, 2011 case management conference are

11   VACATED.  The parties shall file a stipulation proposing dates for the settlement conference

12   and case management conference after receiving the minor's juvenile case file and completing

13   initial discovery, but no later than October 21, 2011.

14

15   Dated:  July 15, 2011

16                                          _____
                                            Honorable Charles R. Breyer
17                                          United States District J...

18                                          IT IS SO ORDERED
19                                          Judge Charles R. Breyer
20

21

22

23

24

25

26

27

28

                                            3

_Frayer v. County of Alameda, et al._/Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Vacating and/or Continuing Settlement Conference And Case Management
Conference