Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, KATHERINE MOORE,
and THOMAS NOLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AARON FRAYER, individually and as Next Friend of A.F., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; KATHERINE MORE, individually and in her official capacity as social worker for Alameda County Department of Social Services; THOMAS NOLAN, individually and in his official capacity as social worker for Alameda County Department of Social Services; CITY OF OAKLAND; JAMES MOORE, individually and in his official capacity as a police officer for the City of Oakland; D. MING, individually and in his official capacity as sergeant for the City of Oakland; and DOES 1 through 20,<br><br>Defendants. | Case No.: C10-4095 CRB (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

The parties hereto, by and through their undersigned counsel, agree and stipulate as follows:

1. On July 15, 2011, the Court granted the parties' stipulated request for a continuance of the pending settlement conference and case management conference dates in this matter. The continuance was granted in order to allow the parties additional time to obtain copies of documents contained in the minor plaintiff's juvenile case file through the Welfare and

1  Institutions Code Section 827 process. The Court ordered the parties to file a stipulation
2  proposing new dates after receiving the juvenile case file through that process, at the latest by
3  October 21, 2011.
4      2. The Section 827 petition, which has been pending in Alameda County Juvenile Court
5  since June 15, 2011, has not yet been ruled on. The parties have been advised by the juvenile
6  judge's law clerk that it will likely be four to eight more weeks before a ruling is made and the
7  documents are made available.
8      3. The minor plaintiff's juvenile case file contains documents that are essential to the
9  parties' evaluation of the claims in this matter and taking depositions.
10     4. Accordingly, the parties request a further continuance of the settlement conference
11 and case management conference dates to allow these documents to be obtained. Specifically,
12 the parties request that they be permitted to file a stipulation after the juvenile case file is made
13 available, and they have completed initial depositions, in order to propose dates for the
14 settlement conference and case management conference. Alternatively, the parties request that
15 the settlement conference and case management conference be scheduled for dates after
16 January 16, 2012.
17     5. This is the parties' third request for a continuance in this matter. The parties do not
18 believe the requested continuance will disrupt the existing case schedule.
19     IT IS SO STIPULATED.
20 Dated: October 17, 2011        LAW OFFICES OF DAVID J. BEAUVAIS

22                                       By:   /s/ David J. Beauvais
23                                              David J. Beauvais
                                               Attorneys for Plaintiffs
24                                                *Mr. Beauvais provided his consent that this
                                               document be electronically filed.
25 /
26 /
27 /
28 /

*Frayer v. County of Alameda, et al.*/Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Further Continuing Settlement Conference And Case Management Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

| | | |
|---|---|---|
| 1 | Dated: October 17, 2011 | HAAPALA, THOMPSON & ABERN, LLP |
| 2 | | |
| 3 | | By:   /s/ Rebecca S. Widen <br> Rebecca S. Widen <br> Attorneys for Defendants |
| 4 | | COUNTY OF ALAMEDA, KATHERINE MOORE and THOMAS NOLAN |

Dated: October 17, 2011

BARBARA PARKER, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
CAROLYN O. TSAI, Deputy City Attorney

By:   */s/ Carolyn O. Tsai
Carolyn O. Tsai
Attorneys for Defendants
CITY OF OAKLAND, JAMES MOORE and D. MING

*Ms. Tsai provided her consent that this document be electronically filed.

**ORDER**

Pursuant to stipulation and for good cause shown, it is SO ORDERED. The settlement conference and case management conference are further CONTINUED. The parties shall file a stipulation proposing dates for the settlement conference and case management conference after receiving the minor's juvenile case file and completing initial discovery, but no later than January 16, 2012.

Dated: October 18, 2011

_____
Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

3

*Frayer v. County of Alameda, et al.*/Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Further Continuing Settlement Conference And Case Management Conference