Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:    510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, KATHERINE MOORE,
and THOMAS NOLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AARON FRAYER, individually and as Next Friend of A.F., a minor,<br><br>                Plaintiffs,<br><br>    vs.<br><br>COUNTY OF ALAMEDA; KATHERINE MORE, individually and in her official capacity as social worker for Alameda County Department of Social Services; THOMAS NOLAN, individually and in his official capacity as social worker for Alameda County Department of Social Services; CITY OF OAKLAND; JAMES MOORE, individually and in his official capacity as a police officer for the City of Oakland; D. MING, individually and in his official capacity as sergeant for the City of Oakland; and DOES 1 through 20,<br><br>                Defendants. | Case No.:  C10-4095 CRB (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

The parties hereto, by and through their undersigned counsel, agree and stipulate as follows:

1.  On July 15, 2011, the Court granted the parties' stipulated request for a continuance of the pending settlement conference and case management conference dates in this matter.  The continuance was granted in order to allow the parties additional time to obtain copies of documents contained in the minor plaintiff's juvenile case file through the Welfare and

1

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

Institutions Code Section 827 process.  The Court ordered the parties to file a stipulation proposing new dates after receiving the juvenile case file through that process, at the latest by October 21, 2011.

2.  The Section 827 petition, which has been pending in Alameda County Juvenile Court since June 15, 2011, has not yet been ruled on.  The parties have been advised by the juvenile judge's law clerk that it will likely be four to eight more weeks before a ruling is made and the documents are made available.

3.  The minor plaintiff's juvenile case file contains documents that are essential to the parties' evaluation of the claims in this matter and taking depositions.

4.  Accordingly, the parties request a further continuance of the settlement conference and case management conference dates to allow these documents to be obtained.  Specifically, the parties request that they be permitted to file a stipulation after the juvenile case file is made available, and they have completed initial depositions, in order to propose dates for the settlement conference and case management conference.  Alternatively, the parties request that the settlement conference and case management conference be scheduled for dates after January 16, 2012.

5.  This is the parties' third request for a continuance in this matter.  The parties do not believe the requested continuance will disrupt the existing case schedule.

IT IS SO STIPULATED.

Dated:  October 17, 2011                LAW OFFICES OF DAVID J. BEAUVAIS


By:____/s/ David J. Beauvais_____
David J. Beauvais
Attorneys for Plaintiffs
*Mr. Beauvais provided his consent that this
document be electronically filed.

/
/
/
/

2

*Frayer v. County of Alameda, et al.*/Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Further Continuing Settlement Conference And Case Management Conference

1  Dated:  October 17, 2011          HAAPALA, THOMPSON & ABERN, LLP

2

3                                    By:____/s/ Rebecca S. Widen_____
                                          Rebecca S. Widen
4                                         Attorneys for Defendants
                                          COUNTY OF ALAMEDA, KATHERINE
                                          MOORE and THOMAS NOLAN
5

6  Dated:  October 17, 2011          BARBARA PARKER, City Attorney
                                     RANDOLPH W. HALL, Chief Assistant City Attorney
7                                    WILLIAM E. SIMMONS, Supervising Trial Attorney
                                     CAROLYN O. TSAI, Deputy City Attorney
8

9                                    By:____*/s/ Carolyn O. Tsai_____
                                          Carolyn O. Tsai
10                                        Attorneys for Defendants
                                          CITY OF OAKLAND, JAMES MOORE and
11                                        D. MING
                                          *Ms. Tsai provided her consent that this document
12                                        be electronically filed.

13

14                                         **ORDER**

15        Pursuant to stipulation and for good cause shown, it is SO ORDERED.  The settlement

16  conference and case management conference are further CONTINUED.  The parties shall file a

17  stipulation proposing dates for the settlement conference and case management conference after

18  receiving the minor's juvenile case file and completing initial discovery, but no later than

19  January 16, 2012.

20  Dated:   October 18, 2011

21                                   _____
22                                   Honorable Charles R. Breyer
                                     United States District Judge
23

24

25

26

27

28

3

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA