Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, KATHERINE MOORE,
and THOMAS NOLAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AARON FRAYER, individually and as Next Friend of A.F., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; KATHERINE MORE, individually and in her official capacity as social worker for Alameda County Department of Social Services; THOMAS NOLAN, individually and in his official capacity as social worker for Alameda County Department of Social Services; CITY OF OAKLAND; JAMES MOORE, individually and in his official capacity as a police officer for the City of Oakland; D. MING, individually and in his official capacity as sergeant for the City of Oakland; and DOES 1 through 20,<br><br>Defendants. | Case No.: C10-4095 CRB (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER SCHEDULING SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

The parties hereto, by and through their undersigned counsel, agree and stipulate as follows:

1. The settlement conference and case management conference in this case have been rescheduled several times in order to allow the parties additional time to obtain copies of documents contained in the minor plaintiff's juvenile case file through the Welfare and Institutions Code Section 827 process. On October 19, 2011, the Court ordered the parties to

1

*Frayer v. County of Alameda, et al./*Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Scheduling Settlement Conference And Case Management Conference

1 file a stipulation proposing new dates after receiving the juvenile case file through that process.

2     2. The parties have now received the bulk of the juvenile case file documents, although

3 there are still some portions of the file that await further ruling of the juvenile court before

4 disclosure can be made. The parties anticipate that those portions of the file will be disclosed

5 within the next six to eight weeks.

6     3. The parties request that a settlement conference be scheduled with Judge Bernard

7 Zimmerman on <u>April 12, 2012, at 9:00 a.m</u>. The parties request that the case management

8 conference be scheduled for <u>April 27, 2012, at 8:30 a.m</u>.

9     IT IS SO STIPULATED.

10 Dated: February 8, 2012     LAW OFFICES OF DAVID J. BEAUVAIS

12     By: /s/ David J. Beauvais
    David J. Beauvais
13     Attorneys for Plaintiffs
    *Mr. Beauvais provided his consent that this
14     document be electronically filed.

15 Dated: February 8, 2012     HAAPALA, THOMPSON & ABERN, LLP

17     By: /s/ Rebecca S. Widen
    Rebecca S. Widen
    Attorneys for Defendants
18     COUNTY OF ALAMEDA, KATHERINE
    MOORE and THOMAS NOLAN

20 Dated: February 8, 2012     BARBARA PARKER, City Attorney
    RANDOLPH W. HALL, Chief Assistant City Attorney
21     WILLIAM E. SIMMONS, Supervising Trial Attorney
    CAROLYN O. TSAI, Deputy City Attorney

23     By: */s/ Carolyn O. Tsai
    Carolyn O. Tsai
24     Attorneys for Defendants
    CITY OF OAKLAND, JAMES MOORE and
25     D. MING
    *Ms. Tsai provided her consent that this document
26     be electronically filed.

27 /

28 /

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1 **ORDER**

2  Pursuant to stipulation and for good cause shown, it is SO ORDERED.  The settlement
3 conference shall be scheduled with Judge Bernard Zimmerman on <u>April 12, 2012, at 9:00 a.m.</u>
4 The case management conference shall be held on <u>April 27, 2012, at 8:30 a.m.</u>
5 Dated:  February 9, 2012

_____
Honorable Charles R. Breyer
United States District Judge



3

*Frayer v. County of Alameda, et al./*Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Scheduling Settlement Conference And Case Management Conference