Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:     510-763-2324
Fax:    510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, KATHERINE MOORE,
and THOMAS NOLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AARON FRAYER, individually and as Next Friend of A.F., a minor,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; KATHERINE MORE, individually and in her official capacity as social worker for Alameda County Department of Social Services; THOMAS NOLAN, individually and in his official capacity as social worker for Alameda County Department of Social Services; CITY OF OAKLAND; JAMES MOORE, individually and in his official capacity as a police officer for the City of Oakland; D. MING, individually and in his official capacity as sergeant for the City of Oakland; and DOES 1 through 20,<br><br>  Defendants. | Case No.: C10-4095 CRB (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER SCHEDULING SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

The parties hereto, by and through their undersigned counsel, agree and stipulate as follows:

1. The settlement conference and case management conference in this case have been rescheduled several times in order to allow the parties additional time to obtain copies of documents contained in the minor plaintiff's juvenile case file through the Welfare and Institutions Code Section 827 process. On October 19, 2011, the Court ordered the parties to

1

*Frayer v. County of Alameda, et al./*Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Scheduling Settlement Conference And Case Management Conference

file a stipulation proposing new dates after receiving the juvenile case file through that process.

2. The parties have now received the bulk of the juvenile case file documents, although there are still some portions of the file that await further ruling of the juvenile court before disclosure can be made. The parties anticipate that those portions of the file will be disclosed within the next six to eight weeks.

3. The parties request that a settlement conference be scheduled with Judge Bernard Zimmerman on April 12, 2012, at 9:00 a.m. The parties request that the case management conference be scheduled for April 27, 2012, at 8:30 a.m.

IT IS SO STIPULATED.

Dated: February 8, 2012          LAW OFFICES OF DAVID J. BEAUVAIS


                                 By:    /s/ David J. Beauvais
                                        David J. Beauvais
                                        Attorneys for Plaintiffs
                                        *Mr. Beauvais provided his consent that this
                                        document be electronically filed.

Dated: February 8, 2012          HAAPALA, THOMPSON & ABERN, LLP


                                 By:    /s/ Rebecca S. Widen
                                        Rebecca S. Widen
                                        Attorneys for Defendants
                                        COUNTY OF ALAMEDA, KATHERINE
                                        MOORE and THOMAS NOLAN

Dated: February 8, 2012          BARBARA PARKER, City Attorney
                                 RANDOLPH W. HALL, Chief Assistant City Attorney
                                 WILLIAM E. SIMMONS, Supervising Trial Attorney
                                 CAROLYN O. TSAI, Deputy City Attorney


                                 By:    */s/ Carolyn O. Tsai
                                        Carolyn O. Tsai
                                        Attorneys for Defendants
                                        CITY OF OAKLAND, JAMES MOORE and
                                        D. MING
                                        *Ms. Tsai provided her consent that this document
                                        be electronically filed.

/

/

2

*Frayer v. County of Alameda, et al./*Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Scheduling Settlement Conference And Case Management Conference

**ORDER**

Pursuant to stipulation and for good cause shown, it is SO ORDERED. The settlement conference shall be scheduled with Judge Bernard Zimmerman on <u>April 12, 2012, at 9:00 a.m.</u> The case management conference shall be held on <u>April 27, 2012, at 8:30 a.m.</u>

Dated: February 9, 2012

_____
Honorable Charles R. Breyer
United States District Judge



---

3

*Frayer v. County of Alameda, et al./*Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Scheduling Settlement Conference And Case Management Conference