BARBARA J. PARKER, City Attorney, SBN 069722
RANDOLPH W. HALL, Asst. City Atty., SBN 080142
JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561
CAROLYN O. TSAI, Deputy City Atty., SBN 239631
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone: (510) 238-3988, Fax: (510) 238-6500
Email: ctsai@oaklandcityattorney.org
X03612:933237

Attorneys for Defendants, CITY OF OAKLAND,
JAMES MOORE and D. MING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON FRAYER, individually and as Next Friend of A.F., a minor,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No. CV 10 4095 CRB<br><br>**ORDER EXCUSING DEFENDANT JAMES MOORE FROM SETTLEMENT CONFERENCE**<br><br>Date:  April 12, 2012<br>Time:  1:30 p.m.<br>Place: D 15th Floor |

and no opposition having been received,

Upon application by defendant James Moore, it is hereby ordered that said defendant is hereby excused from attending the settlement conference in this action. Defense counsel will attend on behalf of said defendant and with settlement authority.

**IT IS SO ORDERED.**

Dated: March 8, 2012

_____
UNITED STATES MAGISTRATE JUDGE