Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:  510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, KATHERINE MOORE,
and THOMAS NOLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AARON FRAYER, individually and as Next Friend of A.F., a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; KATHERINE MORE, individually and in her official capacity as social worker for Alameda County Department of Social Services; THOMAS NOLAN, individually and in his official capacity as social worker for Alameda County Department of Social Services; CITY OF OAKLAND; JAMES MOORE, individually and in his official capacity as a police officer for the City of Oakland; D. MING, individually and in his official capacity as sergeant for the City of Oakland; and DOES 1 through 20,<br><br>    Defendants. | Case No.: C10-4095 CRB (BZ)<br><br>[~~PROPOSED~~] ORDER GRANTING INDIVIDUAL DEFENDANTS' REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT APRIL 12, 2012 SETTLEMENT CONFERENCE |

Defendants KATHERINE MOORE and THOMAS NOLAN have requested to be excused from personally attending the April 12, 2012 settlement conference, or from being available by telephone for the duration of the settlement conference.

Attending in their place will be a representative of defendant COUNTY OF ALAMEDA, who is authorized to settle the case.

~~Good cause appearing~~,    No opposition having been filed.

1

*Frayer v. County of Alameda, et al.*/Case #C10-4095 CRB (BZ)
[Proposed] Order Granting Individual Defendants' Request To Be Excused From Appearing In Person Or By Telephone At April 12, 2012 Settlement Conference

The request by defendants KATHERINE MOORE and THOMAS NOLAN to be excused from the conference is hereby granted.

Dated:    March 8, 2012

_____
Magistrate Judge Bernard Zimmeran

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Frayer v. County of Alameda, et al.*/Case #C10-4095 CRB (BZ)
[Proposed] Order Granting Individual Defendants' Request To Be Excused From Appearing In Person Or By Telephone At April 12, 2012 Settlement Conference