1  Rebecca S. Widen, SBN 219207
   Andrea A. Najor, SBN 221853
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:   510-763-2324
4  Fax:   510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA, KATHERINE MOORE,
6  and THOMAS NOLAN

7

8                      UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 AARON FRAYER, individually and as Next )   Case No.: C10-4095 CRB (BZ)
   Friend of A.F., a minor,                )
11                                          )   [~~PROPOSED~~] ORDER GRANTING
                   Plaintiffs,              )   INDIVIDUAL DEFENDANTS' REQUEST
12                                          )   TO BE EXCUSED FROM APPEARING IN
         vs.                                )   PERSON OR BY TELEPHONE AT
13                                          )   APRIL 12, 2012 SETTLEMENT
   COUNTY OF ALAMEDA; KATHERINE            )   CONFERENCE
14 MORE, individually and in her official   )
   capacity as social worker for Alameda County )
15 Department of Social Services; THOMAS   )
   NOLAN, individually and in his official  )
16 capacity as social worker for Alameda County )
   Department of Social Services; CITY OF   )
17 OAKLAND; JAMES MOORE, individually )
   and in his official capacity as a police officer )
18 for the City of Oakland; D. MING,        )
   individually and in his official capacity as )
19 sergeant for the City of Oakland; and DOES 1 )
   through 20,                              )
20                                          )
                   Defendants.              )
21 _____)

22         Defendants KATHERINE MOORE and THOMAS NOLAN have requested to be

23 excused from personally attending the April 12, 2012 settlement conference, or from being

24 available by telephone for the duration of the settlement conference.

25         Attending in their place will be a representative of defendant COUNTY OF

26 ALAMEDA, who is authorized to settle the case.

27         ~~Good cause appearing~~,    No opposition having been filed.

28

1

*Frayer v. County of Alameda, et al.*/Case #C10-4095 CRB (BZ)
[Proposed] Order Granting Individual Defendants' Request To Be Excused From Appearing
In Person Or By Telephone At April 12, 2012 Settlement Conference

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1  The request by defendants KATHERINE MOORE and THOMAS NOLAN to be
2 excused from the conference is hereby granted.

3 Dated:    March 8, 2012

_____
Magistrate Judge Bernard Zimmeran

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

2

*Frayer v. County of Alameda, et al.*/Case #C10-4095 CRB (BZ)
[Proposed] Order Granting Individual Defendants' Request To Be Excused From Appearing
In Person Or By Telephone At April 12, 2012 Settlement Conference