Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, KATHERINE MOORE,
and THOMAS NOLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AARON FRAYER, individually and as Next Friend of A.F., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; KATHERINE MORE, individually and in her official capacity as social worker for Alameda County Department of Social Services; THOMAS NOLAN, individually and in his official capacity as social worker for Alameda County Department of Social Services; CITY OF OAKLAND; JAMES MOORE, individually and in his official capacity as a police officer for the City of Oakland; D. MING, individually and in his official capacity as sergeant for the City of Oakland; and DOES 1 through 20,<br><br>Defendants. | Case No.: C10-4095 CRB (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |

The parties hereto, by and through their undersigned counsel, agree and stipulate as follows:

1. An unavoidable conflict has arisen for the County of Alameda's claim representative on the date currently scheduled for the parties' Mandatory Settlement Conference, April 12, 2012, at 1:30 p.m.

2. Counsel for all parties have met and conferred, and have agreed to reschedule the

1

*Frayer v. County of Alameda, et al./*Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Continuing Mandatory Settlement Conference

1  Mandatory Settlement Conference to May 24, 2012, at 9:00 a.m.

2         IT IS SO STIPULATED.

3  Dated:  March 28, 2012                LAW OFFICES OF DAVID J. BEAUVAIS

4

5                                        By:    /s/ David J. Beauvais
                                                David J. Beauvais
6                                               Attorneys for Plaintiffs
                                                *Mr. Beauvais provided his consent that this
7                                               document be electronically filed.

8  Dated:  March 28, 2012                HAAPALA, THOMPSON & ABERN, LLP

9
                                         By:    /s/ Rebecca S. Widen
10                                              Rebecca S. Widen
                                                Attorneys for Defendants
11                                              COUNTY OF ALAMEDA, KATHERINE
                                                MOORE and THOMAS NOLAN
12

13 Dated:  March 28, 2012                BARBARA PARKER, City Attorney
                                         RANDOLPH W. HALL, Chief Assistant City Attorney
14                                       WILLIAM E. SIMMONS, Supervising Trial Attorney
                                         CAROLYN O. TSAI, Deputy City Attorney
15

16                                       By:    */s/ Carolyn O. Tsai
                                                Carolyn O. Tsai
17                                              Attorneys for Defendants
                                                CITY OF OAKLAND, JAMES MOORE and
18                                              D. MING
                                                *Ms. Tsai provided her consent that this document
19                                              be electronically filed.

20

21                                       **ORDER**

22     Pursuant to stipulation and for good cause shown, it is SO ORDERED.  The parties'

23 Mandatory Settlement Conference is hereby rescheduled to May 24, 2012. at 9:00 a.m.

24 Dated:  March 30, 2012

25                                       _____
                                         Honorable Bernard Zimmerman
26                                       United States Magistrate Judge

27

28

*Frayer v. County of Alameda, et al./*Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Continuing Mandatory Settlement Conference