Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, KATHERINE MOORE,
and THOMAS NOLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AARON FRAYER, individually and as Next Friend of A.F., a minor,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; KATHERINE MORE, individually and in her official capacity as social worker for Alameda County Department of Social Services; THOMAS NOLAN, individually and in his official capacity as social worker for Alameda County Department of Social Services; CITY OF OAKLAND; JAMES MOORE, individually and in his official capacity as a police officer for the City of Oakland; D. MING, individually and in his official capacity as sergeant for the City of Oakland; and DOES 1 through 20,<br><br>　　　　　　Defendants. | Case No.:  C10-4095 CRB (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |

　　　　The parties hereto, by and through their undersigned counsel, agree and stipulate as follows:

　　　　1. An unavoidable conflict has arisen for the County of Alameda's claim representative on the date currently scheduled for the parties' Mandatory Settlement Conference, April 12, 2012, at 1:30 p.m.

　　　　2. Counsel for all parties have met and conferred, and have agreed to reschedule the

1

*Frayer v. County of Alameda, et al./*Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Continuing Mandatory Settlement Conference

Mandatory Settlement Conference to May 24, 2012, at 9:00 a.m.

    IT IS SO STIPULATED.

Dated:  March 28, 2012        LAW OFFICES OF DAVID J. BEAUVAIS

By:  /s/ David J. Beauvais
     David J. Beauvais
     Attorneys for Plaintiffs
     *Mr. Beauvais provided his consent that this
     document be electronically filed.

Dated:  March 28, 2012        HAAPALA, THOMPSON & ABERN, LLP

By:  /s/ Rebecca S. Widen
     Rebecca S. Widen
     Attorneys for Defendants
     COUNTY OF ALAMEDA, KATHERINE
     MOORE and THOMAS NOLAN

Dated:  March 28, 2012        BARBARA PARKER, City Attorney
     RANDOLPH W. HALL, Chief Assistant City Attorney
     WILLIAM E. SIMMONS, Supervising Trial Attorney
     CAROLYN O. TSAI, Deputy City Attorney

By:  */s/ Carolyn O. Tsai
     Carolyn O. Tsai
     Attorneys for Defendants
     CITY OF OAKLAND, JAMES MOORE and
     D. MING
     *Ms. Tsai provided her consent that this document
     be electronically filed.

**ORDER**

Pursuant to stipulation and for good cause shown, it is SO ORDERED. The parties' Mandatory Settlement Conference is hereby rescheduled to May 24, 2012. at 9:00 a.m.

Dated:  March 30, 2012

     Honorable Bernard Zimmerman
     United States Magistrate Judge

2

*Frayer v. County of Alameda, et al./*Case #C10-4095 CRB (BZ)
Stipulation And [Proposed] Order Continuing Mandatory Settlement Conference