```
 1 | DAVID J. BEAUVAIS (CA Bar # 84275)
   | 409 13th Street, 20th Floor
 2 | Oakland, California 94612
   | Telephone: (510) 832-3605
 3 | Facsimile: (510) 832-3610
 4 | Attorney for Plaintiffs
   | AARON FRAYER and
 5 | A.F.
 6 |
 7 |
 8 |
 9 |                 UNITED STATES DISTRICT COURT
10 |                NORTHERN DISTRICT OF CALIFORNIA
11 | AARON FRAYER, individually and as      ) No. CV 10-04095 CRB
   | Next Friend of A.F., a minor,          )
12 |                                        )
13 |                                        ) ORDER TO RESET DATES FOR
   |                                        ) FILING OPPOSITION AND FOR
14 |          Plaintiffs,                   ) HEARING ON MOTIONS FOR
   |                                        ) JUDGMENT ON THE PLEADINGS
15 |     vs.                                )
16 |                                        )
17 | COUNTY OF ALAMEDA; KATHERINE           )
   | MORE, individually and in her          )
18 | official capacity as social worker for Alameda )
   | County Department of Social Services;  )
19 | THOMAS NOLAN, individually and in his  )
   | official capacity as social worker for Alameda )
20 | County Department of Social Services; CITY )
   | OF OAKLAND; JAMES MOORE, individually)
21 | and in his official capacity as a police officer )
   | for the City of Oakland; D. MING, individually )
22 | and in his official capacity as a sergeant for the )
   | City of Oakland; and DOES 1 through 20, )
23 |                                        )
   |          Defendants.                   )
24 | _____)
```

25    **IT IS HEREBY STIPULATED** among counsel for all parties that the date for filing

26  opposition to the motions for judgment on the pleadings be reset to August 10, 2012, that replies,

27  if any, be reset to August 24, 2012 and that the hearing on the motions be continued to September

28  21, 2012.

STIPULATION AND [PROPOSED] ORDER FOR FILING OPP. AND FOR HEARING ON MOTIONS

1

This stipulation is made with reference to the following facts:

1. Plaintiffs' opposition to the motions is due on July 13, 2012 and the hearing is set for August 3, 2012. The hearing date was set at the case management conference on June 8, 2012.

2. Plaintiffs' counsel in this case is lead counsel for the plaintiffs in an action entitled *Golin v. Allenby* pending in the San Mateo County Superior Court as docket No. CIV507159. The *Golin* matter was first filed many years ago in federal court but later remanded to state court. It has been designated a complex action.  The clients are over the age of seventy and despite the amount of time that has gone by, the case is still at the pleading stage after three years on appeal. On June 25, 2012, the defendants collectively filed 13 motions that together with exhibits stand more than a foot high.  The oppositions to these motions are due on July 31, 2012. Due to the age of the case and the clients and the considerable delay caused by the appeal in that case and two changes of venue, counsel is reluctant to change the briefing schedule in the *Golin* action.

3. Counsel for the City is unavailable on August 24.  Counsel for the County is unavailable on August 31 and September 7.  Counsel for plaintiffs is also unavailable on August 31.

DATED: July 12, 2012

/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiffs

DATED: July 12, 2012

/s/
REBECCA S. WIDEN
Attorney for Defendants
County of Alameda,
Katherine Moore and
Thomas Nolan

DATED: July 12, 2012

/s/
CAROL O. TSAI
Attorney for Defendants
City of Oakland, James
Moore and D. Ming

STIPULATION AND [PROPOSED] ORDER FOR FILING OPP. AND FOR HEARING ON MOTIONS

2

**ORDER**

The court having considered the stipulation of the parties and good cause appearing therefor:

**IT IS HEREBY ORDERED** that plaintiffs' opposition to the motions for judgment on the pleadings is due on August 10, 2012 and that replies, if any, are due on August 24, 2012. It is further ordered that the hearing on the motions is continued to September 28, 2012 at 10:00 A.M.

DATED: July 16, 2012

_____
UNITED STATES DISTRICT JUDGE