**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON FRAYER, ET AL., | No. C 10-04095 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| COUNTY OF ALAMEDA, ET AL., | |
| Defendants. | |

Having granted Defendants' motions for judgment on the pleadings, the Court grants judgment for Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: November 6, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4095\judgment.wpd